IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL JAMES BAKER, #228 870, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:14-CV-439-WHA |
| | )   [WO] |
| KIM TOBIAS THOMAS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## OPINION and ORDER

On February 27, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. Doc. 29. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation is ADOPTED; and

(2) This action is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of this court and to prosecute this action.

A separate final judgment will be entered.

Done, this 20th day of March, 2017.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE